**JUDGE JONES**

**08 CV 7326**

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646)593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YANGCHUN SHIPPING INC.

                Plaintiff,

   - against -

SHANDONG LONGSHENG IMPORT &
EXPORT CO. LTD.

                Defendant.

-------------------------------------------------------------X



ECF CASE

08 Civ. ____ (____)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff YANGCHUN SHIPPING INC. represents to this Honorable Court represents to this Honorable Court that said Plaintiff has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

NONE

Dated: New York, New York
       August 19, 2008

                                       **LAW OFFICES OF RAHUL WANCHOO**
                                       Attorneys for Plaintiff
                                       YANGCHUN SHIPPING INC.

                                 By: _____
                                       Rahul Wanchoo (RW-8725)